# ELECTRONIC RECORD

COA #   11-12-00124-CR          OFFENSE:  3

STYLE:  **Che Patrice Hutchinson v.
The State of Texas**          COUNTY:  Brown

COA DISPOSITION:     AFFIRMED          TRIAL COURT:  35th District Court

DATE: 10/09/14          Publish: NO   TC CASE #:   CR21451

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Che Patrice Hutchinson v.
The State of Texas**          CCA #:   **PD-1507-14**

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:     _____

_____*REFUSED*_____          JUDGE:     _____

DATE: _*02/11/2015*_          SIGNED: _____          PC: _____

JUDGE: _*Per Curiam*_          PUBLISH: _____          DNP: _____

-------------------------

                              _____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**